The Platt & Munk Company, Inc., appellant, v. The Charles T. Powner Company, appellee. Gen. No. 30,730.

Action upon promissory notes. Judgment for defendant upon plea of set-off. Appeal from the Municipal Court of Chicago; the Hon. Samuel H. Trude, Judge, presiding. Heard in the first division of

this court for the first district at the October term, 1925. Reversed and judgment for plaintiff for $664.56. Opinion filed March 29, 1926.

Leopold B. Melnick, for appellant; Goodnow, Barasa & Liss and Carl G. Pretzel, of counsel. John D. Peterson, for appellee.

Mr. Justice McSurely delivered the opinion of the court.